UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

   Geraldine N. Blunt

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-12512

Chapter:   13

Hearing Date: N/A

Judge:   ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Geraldine N. Blunt
Case No.: 18-12512/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors' monthly plan payments increase $609.00 for the remaining 48 months commencing on March 1, 2019.