Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−12512−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geraldine N. Blunt
   509 Laurel St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−3496

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On 5/19/2019 a Hearing Scheduled for Certification in Opposition was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Hearing scheduled for 5/21/2019 at 10:00 AM at ABA – Courtroom 4B, Camden

Corrected to state:
Hearing scheduled for 6/11/2019 at 10:00 AM at ABA – Courtroom 4B, Camden

    The amendment of this notice does not affect deadlines that have been previously set.

Dated: May 22, 2019
JAN: kaj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Geraldine N. Blunt
    Debtor

Case No. 18-12512-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 22, 2019
                  Form ID: 196     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
```
db             +Geraldine N. Blunt,    509 Laurel St.,    Vineland, NJ 08360-2826
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517323292      +Aaron's Sales And Leasing,    106 West Landis Ave Suite 7,    Vineland, NJ 08360-8114
517435749       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517446653       CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
517323294      +Citimortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517323303      +Citimortgage, Inc.,    Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
                 Mt. Laurel, NJ 08054-3437
517323295      +City Of Vineland,    640 E Wood St,    Tax Collector,    Vineland, NJ 08360-3722
517765484      +MIDFIRST BANK,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517323300      +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
517401113      +Michael Blunt,    509 Laurel St.,    Vineland, NJ 08360-2826
517323301      +Michawl S. Gorsen,    1017 E. Landis Ave.,    Vineland, NJ 08360-4043
517767134      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517767135      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517323302       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517323305     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517323306      +TD Bank,    3850 S Delsea Dr,    Vineland, NJ 08360-7464
517323307      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517358150      +Thrift Investment Corporation,    DL Thompson Law PC,    PO Box 679,    Allenwood, NJ 08720-0679
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517323293      +E-mail/Text: bsimmons@amsher.com May 23 2019 00:15:28      Amsher Collection Services,
                 600 Beacon Pkwy W Suite 300,    Birmingham, AL 35209-3114
517323299       E-mail/Text: cio.bncmail@irs.gov May 23 2019 00:14:22      Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517323304       E-mail/Text: bankruptcy@gopfs.com May 23 2019 00:15:34      Prestige Financial Service,
                 PO Box 26707,    Salt Lake City, UT 84126-0707
517325137      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:17:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517336008      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2019 00:17:43      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517323308       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2019 00:13:56
                 Verizon,    PO Box 25087,    Attn: Caroline Maher,    Wilmington, DE 19899-5087
517323296       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 23 2019 00:14:38      comenitycapital/boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517323298*       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517323297*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517445835*      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 22, 2019
                              Form ID: 196             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Geraldine N. Blunt mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```