

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DL THOMPSON, LAW, PC<br>DONNA L. THOMPSON, ESQ. (DLT-0931)<br>P.O. Box 679<br>Allenwood, NJ 08720<br>Tel: 732.292-3000<br>Fax: 732.292-3004<br>Attorney for Thrift Investment Corp. | Order Filed on September 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GERALDINE L. BLUNT<br><br>                                 Debtors. | Case No: 18-12512 – ABA<br><br>Hearing Date: 08/20/2019<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

ORDER VACATING AUTOMATIC STAY AS TO
CODEBTORS PURSUANT TO 11 U.S.C. SECTION 1301(c)(2)

The relief set forth on the following page(s) is hereby ORDERED.

Dated:

                                                  HON. ANDREW B. ALTENBERG, JR., USBJ

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

IN RE:         GERALDINE L. BLUNT
CASE NO:    18-12512 – ABA
RE:            ORDER VACATING AUTOMATIC STAY AS TO
               CODEBTORS PURSUANT TO 11 U.S.C. SECTION 1301(c)(2)

---

Upon the motion of Creditor, Thrift Investment Corp, DL Thompson Law, PC, appearing, under Bankruptcy Code Section 362(a) for relief from the automatic stay and Bankruptcy Code Section 1301(c)(2) for relief from co-debtor stay as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

(a) A Collection Action against MICHAEL N. BLUNT, as Personal Guarantor;

IT IS FURTHER ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED that the movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.