UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DL THOMPSON, LAW, PC
DONNA L. THOMPSON, ESQ. (DLT-0931)
P.O. Box 679
Allenwood, NJ 08720
Tel: 732. 292-3000
Fax: 732. 292-3004
Attorney for Thrift Investment Corp.

Order Filed on September 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GERALDINE L. BLUNT

                Debtors.

Case No: 18-12512 – ABA

Hearing Date: 08/20/2019

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

ORDER VACATING AUTOMATIC STAY AS TO
CODEBTORS PURSUANT TO 11 U.S.C. SECTION 1301(c)(2)

The relief set forth on the following page(s) is hereby ORDERED.

Dated:

**DATED: September 10, 2019**

_____
HON. ANDREW B. ALTENBERG, JR., USBJ

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

IN RE:      GERALDINE L. BLUNT
CASE NO:    18-12512 – ABA
RE:         ORDER VACATING AUTOMATIC STAY AS TO
            CODEBTORS PURSUANT TO 11 U.S.C. SECTION 1301(c)(2)

---

Upon the motion of Creditor, Thrift Investment Corp, DL Thompson Law, PC, appearing, under Bankruptcy Code Section 362(a) for relief from the automatic stay and Bankruptcy Code Section 1301(c)(2) for relief from co-debtor stay as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

(a) A Collection Action against MICHAEL N. BLUNT, as Personal Guarantor;

IT IS FURTHER ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED that the movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Geraldine N. Blunt  
    Debtor

Case No. 18-12512-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 10, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db         +Geraldine N. Blunt,   509 Laurel St.,   Vineland, NJ 08360-2826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Donna L. Thompson    on behalf of Creditor    Thrift Investment Corporation donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
      Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
      Seymour Wasserstrum     on behalf of Debtor Geraldine N. Blunt mylawyer7@aol.com, ecf@seymourlaw.net  
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 9