Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12512−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geraldine N. Blunt
   509 Laurel St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−3496

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 24, 2018.

   On 9/26/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               November 13, 2019
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 27, 2019
JAN: kaj

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Geraldine N. Blunt  
    Debtor

Case No. 18-12512-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 27, 2019  
                     Form ID: 185    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.

```
db             +Geraldine N. Blunt,    509 Laurel St.,    Vineland, NJ 08360-2826
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Thrift Investment Corporation,    Donna L. Thompson, Esq.,    PO Box 679,
                 Allenwood, NJ 08720-0679
517323292      +Aaron's Sales And Leasing,    106 West Landis Ave Suite 7,    Vineland, NJ 08360-8114
517435749       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517446653       CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
517323294      +Citimortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517323303      +Citimortgage, Inc.,    Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
                 Mt. Laurel, NJ 08054-3437
517323295      +City Of Vineland,    640 E Wood St,    Tax Collector,    Vineland, NJ 08360-3722
517765484      +MIDFIRST BANK,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517323300      +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
517401113      +Michael Blunt,    509 Laurel St.,    Vineland, NJ 08360-2826
517323301      +Michawl S. Gorsen,    1017 E. Landis Ave.,    Vineland, NJ 08360-4043
517767134      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517767135      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517323302       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517323305     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517323306      +TD Bank,    3850 S Delsea Dr,    Vineland, NJ 08360-7464
517323307      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517358150      +Thrift Investment Corporation,    DL Thompson Law PC,    PO Box 679,    Allenwood, NJ 08720-0679
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517323293      +E-mail/Text: bsimmons@amsher.com Sep 27 2019 23:57:33      Amsher Collection Services,
                 600 Beacon Pkwy W Suite 300,    Birmingham, AL 35209-3114
517323299       E-mail/Text: cio.bncmail@irs.gov Sep 27 2019 23:54:51      Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517323304       E-mail/Text: bankruptcy@gopfs.com Sep 27 2019 23:57:37      Prestige Financial Service,
                 PO Box 26707,    Salt Lake City, UT 84126-0707
517325137      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 23:49:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517336008      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2019 23:51:15      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517323308       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 23:54:31
                 Verizon,    PO Box 25087,    Attn: Caroline Maher,    Wilmington, DE 19899-5087
517323296       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 23:55:04      comenitycapital/boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
                                                                                               TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517323298*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517323297*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517445835*     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2019
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donna L. Thompson    on behalf of Creditor    Thrift Investment Corporation
           donna.thompson@dlthompsonlaw.com,    dlthompsonlaw@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Geraldine N. Blunt mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 9
```