**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12512−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Geraldine N. Blunt
　509 Laurel St.
　Vineland, NJ 08360

Social Security No.:
　xxx−xx−3496

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/19.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

　　This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2019
JAN: bc

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-12512-ABA
Geraldine N. Blunt                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db          +Geraldine N. Blunt,    509 Laurel St.,   Vineland, NJ 08360-2826
cr          +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +Thrift Investment Corporation,    Donna L. Thompson, Esq.,    PO Box 679,
              Allenwood, NJ 08720-0679
517435749   #CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
517446653    CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
517323294   +Citimortgage,    PO Box 6243,   Sioux Falls, SD 57117-6243
517323303   +Citimortgage, Inc.,    Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
              Mt. Laurel, NJ 08054-3437
517323295   +City Of Vineland,    640 E Wood St,   Tax Collector,   Vineland, NJ 08360-3722
517765484   +MIDFIRST BANK,    KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517323300   +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
517401113   +Michael Blunt,    509 Laurel St.,   Vineland, NJ 08360-2826
517323301   +Michawl S. Gorsen,    1017 E. Landis Ave.,    Vineland, NJ 08360-4043
517767134   +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6051
517767135   +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517323302    Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
              Trenton, NJ 08625-0112
517323305   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,    P.O. Box 245,
              Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517323306   +TD Bank,   3850 S Delsea Dr,    Vineland, NJ 08360-7464
517323307   +Thrift Investment Corp,    720 King George Post Rd,   Fords, NJ 08863-1985
517358150   +Thrift Investment Corporation,    DL Thompson Law PC,    PO Box 679,   Allenwood, NJ 08720-0679

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:43     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517323292   +EDI: AAEO.COM Nov 15 2019 04:13:00     Aaron's Sales And Leasing,   106 West Landis Ave Suite 7,
              Vineland, NJ 08360-8114
517323293   +EDI: AMSHER.COM Nov 15 2019 04:13:00     Amsher Collection Services,
              600 Beacon Pkwy W Suite 300,    Birmingham, AL 35209-3114
517323299    EDI: IRS.COM Nov 15 2019 04:13:00     Internal Revenue Service,   P.O. Box 744,
              Special Procedure Branch,    Springfield, NJ 07081
517323304    E-mail/Text: bankruptcy@gopfs.com Nov 15 2019 00:21:16     Prestige Financial Service,
              PO Box 26707,   Salt Lake City, UT 84126-0707
517325137   +EDI: RMSC.COM Nov 15 2019 04:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517336008   +EDI: AIS.COM Nov 15 2019 04:13:00     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517323308    EDI: VERIZONCOMB.COM Nov 15 2019 04:13:00     Verizon,   PO Box 25087,   Attn: Caroline Maher,
              Wilmington, DE 19899-5087
517323296    EDI: WFNNB.COM Nov 15 2019 04:13:00     comenitycapital/boscovs,    PO Box 182120,
              Columbus, OH 43218-2120
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517323298*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517323297*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517445835*     +Mariner Finance, LLC,    8211 Town Center Drive,   Nottingham, MD 21236-5904
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Thompson    on behalf of Creditor    Thrift Investment Corporation
               donna.thompson@dlthompsonlaw.com,   dlthompsonlaw@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour   Wasserstrum     on behalf of Debtor Geraldine N. Blunt mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 9
```